# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEMBERK DEL VALLE-MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | Case No. 1:26-cv-06928-KES-SAB-HC<br><br>ORDER DENYING PETITIONER'S EMERGENCY MOTION TO PROHIBIT TRANSFER AND EMERGENCY MOTION FOR TEMPORARY STAY OF REMOVAL AS MOOT<br><br>(ECF Nos. 2, 11) |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 2, 2026, the assigned district judge issued an order prohibiting Petitioner's transfer out of this District pending the Court's decision on the petition for writ of habeas corpus. (ECF No. 6.)

Accordingly, Petitioner's emergency motion to prohibit transfer (ECF No. 2) and emergency motion for temporary stay of removal (ECF No. 11) are DENIED as MOOT.

IT IS SO ORDERED.

Dated: **October 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge