# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEMBERK DEL VALLE-MARTINEZ,

Petitioner,

v.

FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Case No. 1:26-cv-06928-KES-SAB-HC

ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME

(ECF No. 9)

On September 22, 2026, Respondents filed a motion to dismiss. (ECF No. 8.) On October 15, 2026, the Court received the instant motion for leave to file an opposition to the motion to dismiss out of time, along with the opposition. (ECF Nos. 9, 10.)

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion for leave to file opposition out of time (ECF No. 9) is GRANTED.
2. Any reply to the opposition to the motion to dismiss is due within **seven (7) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: **October 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge